DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHRISTOPHER CLAYTON MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0877
————————————————

April 22, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Patrick B. Calcutt of Calcutt & Calcutt PA, Americus, Georgia, and Alison P. Mitchell of McLean Mitchell, LLC, Tampa, for Appellant.

James Uthmeier, Attorney General, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.